Orlando **LARKINS**, Movant/Appellant,

v.

**STATE of Missouri,**
**Respondent/Respondent.**

**No. 61001.**

Missouri Court of Appeals,
Eastern District,
Division One.

July 21, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied
Sept. 2, 1992.

Application to Transfer Denied
Oct. 27, 1992.

David C. Hemingway, St. Louis, for movant/appellant.

William L. Webster, Atty. Gen., Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent/respondent.

## ORDER

PER CURIAM.

Movant appeals from the dismissal of his Rule 24.035 motion after pleading guilty to distribution of a controlled substance near a school. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).